# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAUTONE, ANTHONY R. | U.S. DISTRICT - NEW JERSEY | 2/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE / PART-TIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

500 PROSPECT AVENUE
WEST ORANGE, NEW JERSEY 07052

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SHAREHOLDER | MAUTONE & HORAN P.A. |
| 2. | MEMBER | TRIPLE MINGA LLC |
| 3. | MEMBER | 119 DELAWARE LLC |
| 4. | MEMBER | 207-209 MANHATTAN AVENUE LLC |
| 5. | MEMBER | 390 WYOMING AVENUE LLC |
| 6. | MEMBER | HUDSON PALISADES, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/30/68 | PARTICIPANT IN NJ DIV. OF PENSIONS (PUBLIC EMPLOYEES RETIREMENT SYSTEM) NO CONTROL |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | MAUTONE & HORAN, P.A. (WAGES & DISTRIBUTIONS) | $110,778.00 |
| 2. 2011 | NJ DIVISION OF PENSIONS | $16,997.80 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | KENT PLACE SCHOOL (WAGES) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PSE&G | E | Dividend | N | T | | | | | |
| 2.  FIRST ENERGY | E | Dividend | K | T | | | | | |
| 3.  CMS ENERGY | C | Dividend | M | T | | | | | |
| 4.  PACIFIC GAS & ELECTRIC | C | Dividend | L | T | | | | | |
| 5.  VALLEY NATIONAL BANK | | Interest | K | T | | | | | |
| 6.  GEN'L ELECTRIC CAPITAL CORP | A | Interest | J | T | | | | | |
| 7.  RENTAL PROPERTY W.O.NJ-COST 485,000-1984 | E | Rent | O | R | | | | | |
| 8.  R.E. - NEWTON NJ COST 255,000 - 1988 | E | Rent | N | R | | | | | |
| 9.  TRIPLE MINGA (REAL EST. VENTURE) COST 83,000 | F | Distribution | O | W | | | | | |
| 10.  R.E. HOBOKEN #2 COST 350,000 - 1991 | F | Rent | O | R | | | | | |
| 11.  R.E. - FARM W. MILFORD NJ COST 355,000 - 1989 | A | Distribution | N | R | | | | | |
| 12.  R.E. - FARM MONTAGUE NJ COST - 42,000 10/87 | A | Distribution | N | R | | | | | |
| 13.  R.E. - UNION CITY NJ COST 269,000 - 2000 | | Rent | N | R | | | | | |
| 14.  ST ROSE OF LIMA RET PL- GUARANTEED INT | | Interest | | T | Redeemed | 10/20/11 | K | | |
| 15.  ST ROSE OF LIMA RET PL - MEDLEY FLEX | | Dividend | | T | Redeemed | 10/20/11 | K | | |
| 16.  ST ROSE OF LIMA RET PL - MEDLEY STOCK | | Dividend | | T | Redeemed | 10/20/11 | K | | |
| 17.  ST ROSE OF LIMA RET PL - MEDLEY EQUITY | | Dividend | | T | Redeemed | 10/20/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. METLIFE IRA | A | Dividend | L | T | Buy | 10/20/11 | L | | |
| 19. ARM IRA - ALCATEL LUCENT ADR | | None | | T | | | | | |
| 20. INVESTORS SAVINGS | A | Interest | J | T | | | | | |
| 21. SCHWAB - LSI | | None | K | T | | | | | |
| 22. SCHWAB-ALCATEL LUCENT SYS IN C.ADR | | None | J | T | | | | | |
| 23. CITIGROUP | | None | K | T | | | | | |
| 24. METLIFE INS CO | A | Dividend | J | T | | | | | |
| 25. TRAVELERS/ST PAUL | A | Dividend | J | T | | | | | |
| 26. DOMINION RESOURCES | D | Dividend | K | T | | | | | |
| 27. SCHWAB - LIGHTHOUSE FAST FERRY | | None | J | T | | | | | |
| 28. INVESTORS BANK CORP | A | Dividend | M | T | | | | | |
| 29. HUDSON CITY BANCORP | D | Dividend | M | T | | | | | |
| 30. KEARNY FINANCIAL CORP | B | Dividend | L | T | | | | | |
| 31. AMERICAN ELECTRIC POWER | B | Dividend | J | T | | | | | |
| 32. DUKE ENERGY | C | Dividend | J | T | | | | | |
| 33. SPECTRA | C | Dividend | J | T | | | | | |
| 34. HUDSON PALISADES, LLC (REAL EST. VENTURE) COST 115,500. 2007 | | None | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HUDSON CITY SAVINGS | A | Interest | L | T | | | | | |
| 36. ARM (IRA ROLLOVER) THIRD AVE SMALL CAP | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 37. | | | | | Sold (part) | 6/30/11 | J | C | |
| 38. | | | | | Sold | 9/16/11 | J | D | |
| 39. ARM (IRA ROLLOVER) THIRD AVE REAL ESTATE | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 40. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 41. | | | | | Sold | 9/16/11 | J | D | |
| 42. ARM (IRA ROLLOVER) SPECIAL EQUITY FUND | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 43. | | | | | Sold (part) | 6/30/11 | J | A | |
| 44. | | | | | Sold | 9/16/11 | J | D | |
| 45. ARM (IRA ROLLOVER) INTERNATIONAL EQUITY | | None | | T | Sold (part) | 1/31/11 | K | A | |
| 46. | | | | | Sold (part) | 6/30/11 | J | A | |
| 47. | | | | | Sold | 9/16/11 | M | | |
| 48. ARM (IRA ROLLOVER) REAL ESTATE SECURITIES | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 49. | | | | | Sold (part) | 6/30/11 | J | A | |
| 50. | | | | | Sold | 9/16/11 | K | D | |
| 51. ARM (IRA ROLLOVER) EMERGING MRK EQ FUND | | None | | T | Buy (add'l) | 1/31/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 6/30/11 | K | | |
| 53. | | | | | Sold | 9/16/11 | L | B | |
| 54. ARM (IRA ROLLOVER) GLOBAL BOND FUND | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 55. | | | | | Sold (part) | 6/30/11 | K | B | |
| 56. | | | | | Sold | 9/16/11 | K | B | |
| 57. ARM (IRA ROLLOVER) BOND FUND | A | Dividend | | T | Buy (add'l) | 1/31/11 | J | | |
| 58. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 59. | | | | | Sold | 9/16/11 | K | D | |
| 60. ARM (IRA ROLLOVER) HIGH YIELD FUND | A | Dividend | | T | Sold (part) | 1/31/11 | J | A | |
| 61. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 62. | | | | | Sold | 9/16/11 | K | C | |
| 63. ARM (IRA ROLLOVER) PIMCO BOND FUND | A | Dividend | | T | Sold (part) | 1/5/11 | J | | |
| 64. | | | | | Buy (add'l) | 1/31/11 | J | | |
| 65. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 66. | | | | | Sold | 9/16/11 | K | A | |
| 67. ARM (IRA ROLLOVER) SYSTEMATIC VALUE FUND | | Dividend | | T | Sold (part) | 1/31/11 | J | D | |
| 68. | | | | | Sold (part) | 6/30/11 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 9/16/11 | L | D | |
| 70. ARM (IRA ROLLOVER) AMG FQ US EQUITY | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 71. | | | | | Sold (part) | 6/30/11 | K | D | |
| 72. | | | | | Sold | 9/16/11 | K | D | |
| 73. ARM (IRA ROLLOVER) AMG FQ GLOBAL ALT. | | None | | T | Buy (add'l) | 1/31/11 | J | | |
| 74. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 75. | | | | | Sold | 9/16/11 | K | | |
| 76. ARM (IRA ROLLOVER) BRANDYWINE BLUE FUND | | None | | T | Sold | 1/31/11 | L | E | |
| 77. ARM (IRA ROLLOVER) INSTITUTIONAL MICRO FKA FREMONT MICRO CAP | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 78. | | | | | Sold | 6/30/11 | K | D | |
| 79. ARM (IRA ROLLOVER) PIMCO REAL RETURN | A | Dividend | | T | Buy (add'l) | 1/31/11 | J | | |
| 80. | | | | | Sold (part) | 6/30/11 | J | A | |
| 81. | | | | | Sold | 9/16/11 | K | B | |
| 82. ARM (IRA ROLLOVER) TWEEDY BROWNE VALUE | | None | | T | Buy | 1/31/11 | K | | |
| 83. | | | | | Buy (add'l) | 6/30/11 | K | | |
| 84. | | | | | Sold | 9/16/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. ARM (IRA ROLLOVER) TSCM GRW SVC | | None | | T | Buy | 1/31/11 | L | | |
| 86. | | | | | Sold (part) | 6/30/11 | K | A | |
| 87. | | | | | Sold | 9/16/11 | K | | |
| 88. ARM (IRA ROLLOVER) JPM LIQ ASST MM PREM | A | Dividend | | T | Buy | 1/31/11 | K | | |
| 89. | | | | | Sold (part) | 4/5/11 | J | | |
| 90. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 91. | | | | | Sold (part) | 7/6/11 | J | | |
| 92. | | | | | Buy (add'l) | 9/16/11 | O | | |
| 93. | | | | | Sold | 9/26/11 | O | | |
| 94. ARM (IRA ROLLOVER) TRILOGY GLOBAL EQ SV | | Dividend | | T | Buy | 6/30/11 | L | | |
| 95. | | | | | Sold | 9/16/11 | L | | |
| 96. ARM (IRA ROLLOVER) ALLIANCE BERNSTEIN GLOBAL | | None | M | T | Buy | 10/3/11 | M | | |
| 97. ARM (IRA ROLLOVER) AQR GLOBAL RISK | | None | N | T | Buy | 10/3/11 | N | | |
| 98. ARM (IRA ROLLOVER) METLIFE BALANCED | | None | M | T | Buy | 10/3/11 | M | | |
| 99. ARM (IRA ROLLOVER) BLACKROCK GLOBAL | | None | M | T | Buy | 10/3/11 | M | | |
| 100. ARM (IRA ROLLOVER) LARGE CAP GROWTH SERVICE | | None | | T | Sold (part) | 1/31/11 | J | A | |
| 101. | | | | | Sold (part) | 6/30/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold | 9/16/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAUTONE, ANTHONY R. | 2/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ANTHONY R. MAUTONE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544